UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **D&N MICRO PRODUCTS, INC.,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**YI VENTURES LLC,** )<br>)<br>    **Defendant.** ) | **CAUSE NO. 1:07-CV-57** |

## OPINION AND ORDER

This case was removed to this Court from the Allen Superior Court by Defendant YI Ventures LLC based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 2.) The Notice of Removal alleges that (1) Plaintiff D&N Micro Products, Inc., is an Indiana corporation with a principal place of business in Indiana, and (2) Defendant is a Delaware limited liability company with its principal place of business in Illinois. (Notice of Removal ¶¶ 1, 2.)

Defendant's Notice of Removal, however, is inadequate. A limited liability company's citizenship "for purposes of the diversity jurisdiction is the citizenship of its members." *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Therefore, the Court must be advised of the citizenship of all the members of Defendant to ensure that none of its members share a common citizenship with Plaintiff. *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 347 (7th Cir. 2006). Moreover, citizenship must be "traced through multiple levels" for those members of Defendant who are a partnership or a limited liability company, as anything less can result in a dismissal or remand for want of jurisdiction. *Mut. Assignment & Indem. Co. v. Lind-Waldock &*

*Co., LLC*, 364 F.3d 858, 861 (7th Cir. 2004); *Meyerson v. Showboat Marina Casino P'ship*, 312 F.3d 318, 320-21 (7th Cir. 2002) (stating that "the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be").

    Therefore, Defendant is ORDERED to supplement the record forthwith with respect to its citizenship, tracing it through all applicable layers of ownership.

    SO ORDERED.

    Enter for this 19th day of March, 2007.

    /S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge